United States District Court

Eastern District of California

Idowu Olukoya,

      Petitioner,

vs.

Immigration and Naturalization Service,

      Respondent.

No. Civ. S 05-0495 FCD PAN P

Order

-oOo-

Plaintiff, a federal prisoner without counsel, has filed a petition for adjudication of his naturalization application pursuant to 8 U.S.C. § 1447(b). See United States v. Hovsepian, 359 F.3d 1144 (9th Cir. 2004).

Since petitioner may be entitled to the requested relief respondent shall file and serve an answer within 30 days. Petitioner's reply, if any, is due on or before 30 days from the date respondent's answer is served.

1   The Clerk of the Court shall serve a copy of this order,
2 together with a copy of the March 11, 2005, petition and April
3 18, 2005, notice to serve interlocutory injunction, on the United
4 States Attorney or his authorized representative.
5   Dated:  May 31, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge