United States District Court

Eastern District of California

Idowu Olukoya,

     Petitioner,                      No. Civ. S 05-0495 FCD PAN P

  vs.                              Findings and Recommendations

Immigration and Naturalization Service,

     Respondent.

-oOo-

March 11, 2005, petitioner requested this court adjudicate his naturalization application.

He alleges he filed a naturalization application in March or April 2002, appeared for his initial interview in December 2002 and was told a second interview would be scheduled.  More than 120 days passed with no determination and thus petitioner commenced this action.  See 8 U.S.C. § 1447(b) ("If there is a failure to make a determination . . . before the end of the 120-

1 day period after the date on which the examination is conducted.
2 . . . the applicant may apply to the . . . district court for a
3 hearing on the matter.")

4     April 18, 2005, petitioner filed a notice to serve an
5 interlocutory injunction prohibiting respondent from conducting
6 any removal proceedings.

7     June 1, 2005, the court served petitioner's request for
8 adjudication and notice re interlocutory injunction on the United
9 States Attorney and ordered an answer.

10    June 24, 2005, respondent moved to dismiss this proceeding
11 as moot, on the ground the Citizenship and Immigration Services
12 division of the U.S. Department of Homeland Security (CIS) denied
13 petitioner's application for naturalization June 15, 2005.  The
14 agency purported to deny the application on the ground removal
15 proceedings against petitioner had commenced April 6, 2005.

16    Section 1447(b) is a jurisdiction-stripping statute granting
17 this court exclusive jurisdiction over naturalization
18 applications on which the INS fails to act within 120 days if the
19 applicant properly invoked the court's authority.  United States
20 v. Hovsepian, 359 F.3d 1144 (9th Cir. 2004).  Thus, it appears
21 from the present record CIS lacked jurisdiction June 15, 2005,
22 and thus its "denial" does not render this action moot.

23    Accordingly, the court hereby recommends respondent's June
24 24, 2005, motion to dismiss be denied and it be required to file
25 and serve a response to petitioner's request for adjudication.

26    Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these

findings and recommendations are submitted to the United States District Judge assigned to this case.  Written objections may be filed within 10 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  November 22, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

3