IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IDOWA OLUKOYA,

    Petitioner,                                    No. CIV S-05-0495 FCD  PAN (GGH) PS

    vs.

IMMIGRATION AND
NATURALIZATION SERVICE,          ORDER

    Respondent.
_____/

        Petitioner, who proceeds in pro se and is a prisoner with limited access to legal resources, requests an extension of time within which to file objections to this court's findings and recommendations filed June 21, 2006.  Objections were due July 6, 2006; petitioner filed his request on July 5.

        Good cause having been shown, petitioner's request is granted.  Petitioner's objections shall be filed on or before Friday, August 4, 2006.  No further requests for extension shall be granted.

DATED: 7/21/06                                    /s/ Gregory G. Hollows
                                                          _____
                                                          GREGORY G. HOLLOWS
                                                          U. S. MAGISTRATE JUDGE

NOW6: OLUKOYA.Exten

1