IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IDOWA OLUKOYA,

       Petitioner,                  CIV-S-05-0495 FCD PAN (GGH) PS

    vs.

IMMIGRATION AND
NATURALIZATION SERVICE,

       Respondent.              ORDER

_____/

        On June 21, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Petitioner filed objections on August 4, 2006, and they were considered by the district judge.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1.  The Proposed Findings and Recommendations filed June 21, 2006, are ADOPTED; and

2.  Petitioner's March 11, 2005, Request for Adjudication is denied, and the matter is remanded pursuant to 8 U.S.C. § 1447(b) for a final administrative determination of petitioner's naturalization application within thirty (30) days of service of this order; petitioner's April 25, 2006, request for a judicial decision or injunctive relief is denied.

DATED: August 16, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge